■ In the Matter of MAURICE WILLER, Petitioner, v THEODORE DACHENHAUSEN, JR., Respondent. — Application pursuant to CPLR article 78 seeking to annul an order of the Supreme Court, Bronx County (Dachenhausen, J.), entered on or about July 13, 1981, adjudging petitioner guilty of criminal contempt for willful disobedience in failing to appear to continue his testimony, and to vacate the warrant of commitment, unanimously granted, without costs and without disbursements, and the order and warrant vacated. In all of the circumstances presented, we find an insufficient basis upon which to conclude that petitioner's failure to appear, as directed, was willful. In light of this determination we need not consider petitioner's other contentions. Concur — Kupferman, J.P., Sandler, Sullivan, Ross and Carro, JJ.

■ In the Matter of STEVEN SCHIFF. — Motion granted and petitioner reinstated as an attorney and counselor at law of the State of New York. Concur — Murphy, P.J., Kupferman, Sandler, Lupiano and Bloom, JJ.

■ In the Matter of ANGELO J. FATA. — Motion for reinstatement denied. Concur — Murphy, P.J., Kupferman, Birns, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v SAM AIMONE. — Motion for reargument granted, and upon reargument, appellant's brief submitted upon the present application is deemed a supplemental brief with respect to appellant's appeal from the judgment of the Supreme Court, New York County (Cropper, J.), rendered on August 18, 1980, which judgment, upon such reargument, is unanimously affirmed. Concur — Kupferman, J.P., Sullivan, Carro and Silverman, JJ.

■ In the Matter of CHARLES E. HOPFL, an Attorney. — Motion for reinstatement granted and respondent reinstated as an attorney and counselor at law of the State of New York. Concur — Birns, J.P., Sullivan, Ross, Markewich and Fein, JJ.

## (September 29, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PEREZ, Appellant. — Judgment, Supreme Court, New York County (B. Roberts, J.), rendered on July 9, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P.J., Kupferman, Fein and Lynch, JJ.